# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| PRECISION REPLACEMENT PARTS CORPORATION, ) ) ) Plaintiff, ) ) vs. ) ) ) AUTO GLASS COMPONENTS, INC, ) UNITED FIRE AND CASUALTY ) COMPANY, and CINCINNATI ) INSURANCE COMPANY, ) Defendant. | **C05-14444 JPD** **MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Plaintiff has requested additional time in which to comply with the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (dkt# 3).  The request is GRANTED.

The parties will adhere to the following schedule:

FRCP 26f Conference deadline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . October 26, 2005

Initial Disclosure deadline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . November 2, 2005

Joint Status Report due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9 November 2005

In addition, the deadline to notify the undersigned deputy clerk of the parties desire to

**MINUTE ORDER**

consent the matter to the Honorable James P. Donohue, United States Magistrate Judge, is extended to November 9, 2005. (See Notice of Initial Assignment to a U. S. Magistrate Judge & Consent Form (dkt. # 2))   Notice of consent, or lack of consent, may be stated in the Joint Status Report.

Dated this 20th day of September , 2005

/S/ PETER H. VOELKER

Deputy Clerk

**MINUTE ORDER**