UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

PRECISION REPLACEMENT PARTS CORP, et al,

        Plaintiff,

vs.

AUTO GLASS COMPONENTS, INC, et al.,

        Defendant.

C05-1444 JPD

**MINUTE ORDER**

    The above referenced case has been initially assigned to the Honorable James P. Donohue, United States Magistrate Judge, subject to the consent of the parties pursuant to 28 U.S.C. 636(c)(1)(C).

    On August 24, 2005, notice of the parties rights with regard to consenting to the case being assigned to Magistrate Judge Donohue for all purposes was filed by the Clerk of Court. The parties were advised they had until November 9, 2005, to consent, if they wished.

    In the interim, a Motion to Dismiss for Lack of Diversity Jurisdiction (dkt #9) has been filed and noted for October 21, 2005. Accordingly, pending dates are adjusted as follows:

1
2
3  Consent to Assignment to Magistrate Judge Donohue . . . . . . . . . . . . . . October 26, 2005
4  Pending Motion to Dismiss for Lack of Diversity Jurisdiction . . . . . . . . . October 28, 2005
5       In the event the parties (or any party) choose not to consent, the case will be
6  reassigned to a District Judge.
7
8
9                                              Dated this 7th day of October, 2005
10
11                                             Bruce Rifkin
                                               Clerk of Court
12
13                                             by:  /s/   PETER H. VOELKER
                                                    Peter H. Voelker, Deputy Clerk
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28