UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

PRECISION REPLACEMENT PARTS, Corp.,

    Plaintiff,

vs.

AUTO GLASS COMPONENTS, INC, et al.,

    Defendant.

C05-1444 MJP

**MINUTE ORDER**

**REASSIGNING CASE**

    Pursuant to the Amended General Order entered by the Chief Judge on November 3, 2004, this action has been reassigned to the Honorable Marsha J. Pechman, United States District Judge.

    All future documents filed in this case must bear the cause number C05-1444 MJP and bear the Judge's name in the upper right hand corner of the document.

Dated this 21st day of October, 2005

BRUCE RIFKIN
Clerk of Court

by: /s/   PETER H. VOELKER
    Peter H. Voelker, Deputy Clerk